**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
STEEN, KATHRYN A § Case No. 10-24469
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      Kenneth Gardner
      U.S. Bankruptcy Court Clerk
      219 South Dearborn Street- 7th Floor
      Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/15/2011 in Courtroom 644,
      United States Courthouse
      219 South Dearborn Street
      Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Kenneth S. Gardner_____
                        Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
STEEN, KATHRYN A § Case No. 10-24469
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 6,600.27 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of[1] | $ 6,600.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,410.03 | $ 0.00 | $ 1,410.03 |
| Trustee Expenses: Phillip D. Levey | $ 51.23 | $ 0.00 | $ 51.23 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,980.00 | $ 0.00 | $ 1,980.00 |

Total to be paid for chapter 7 administrative expenses   $ 3,441.26
Remaining Balance   $ 3,159.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,619.96  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | $ 9,053.82 | $ 0.00 | $ 429.32 |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 15,373.61 | $ 0.00 | $ 728.99 |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 8,758.65 | $ 0.00 | $ 415.32 |
| 000004 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 23,638.19 | $ 0.00 | $ 1,120.88 |
| 000005 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 9,795.69 | $ 0.00 | $ 464.50 |

|  | Total to be paid to timely general unsecured creditors | $ 3,159.01 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 898.91 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | HSBC Bank Nevada, N.A. (Bon Ton) Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite 200 Tucson, AZ 85712 | $ 898.91 | $ 0.00 | $ 0.00 |

|  | Total to be paid to tardy general unsecured creditors | $ 0.00 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-24469-PSH
Kathryn A Steen                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mjerdine           Page 1 of 3           Date Rcvd: Nov 14, 2011
                              Form ID: pdf006          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2011.
```
db         #+Kathryn A Steen,    8818 S. Ada St.,    Chicago, IL 60620-3415
15647408   +5/3 Bank Cc,    38 Fountain Square,    Cincinnati, OH 45263-0001
15647409   +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16671857    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15647410   +Associates/citibank,    Attn: Centralized Bankruptcy,    7255 Baymeadows Way,
             Jacksonville, FL 32256-6851
15647411   +Ballys,   8700 West Bryn Mawr,    Chicago, IL 60631-3552
15647412    Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
15647413   +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
15647416   +Bp/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
15647454  ++CHASE CARD SERVICES,     201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
            (address filed with court: Washington Mutual / Providian,     Attn: Bankruptcy Dept.,
             Po Box 15919,    Wilmington, DE 19850)
15647418   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16362121    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15647423   +Chase Mht Bk,    Attn: Bankruptcy,    Po Box 15145,    Wilmington, DE 19850-5145
15647424   +Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,    Po Box 20432,
             Kansas City, MO 64195-0432
15647425   +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
15647427   +Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15647428   +Citifinancial Retail Services,    Citifinancial/Attn: Bankruptcy Dept,    1111 Northpoint Dr,
             Coppell, TX 75019-3831
15647431   +Fashion Bug/soanb,    1103 Allen Dr,    Milford, OH 45150-8763
15647432   +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
             Grand Rapids, MI 49546-6210
16356587   +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
15647433    First National Bank Credit Card Center,    Attention: Bankruptcy Department,
             14010 First National Bank Parkway Stop,    Omaha, NE 68154
15647435   +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1447
15647434   +First Usa Bank N A,    900 N Market St,    Wilmington, DE 19801-3012
17045757   +HSBC Bank Nevada, N.A. (Bon Ton),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
15647445   +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
15647446   +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
15647447   +Hsbc/carsn,    Pob 15521,    Wilmington, DE 19850-5521
15647448   +Hsbc/harlm,    Hsbc Retail Srvs/Attn: Bk Dept,    Pob 5263,    Carol Stream, IL 60197-5263
15647449   +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
15647450   +Nbgl-carsons,    Pob 15521,    Wilmington, DE 19850-5521
15647451   +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
15647452   +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
15647453   +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15647455   +Wfnnb/ashley Stewart,    220 W Schrock Rd,    Westerville, OH 43081-2873
15647456   +Wfnnb/new York & Compa,    220 W Schrock Rd,    Westerville, OH 43081-2873
15647458   +Wfnnb/roomplace,    Po Box 337003,    Northglenn, CO 80233-7003
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15647417   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2011 02:03:09     Capital One, N.a.,
             C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
15647430   +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2011 02:03:12     Discover Fin,
             Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
16664595    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2011 02:03:09
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
15647436    E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2011 02:15:19     GE Mongram Bank / JC Penney Dc,
             Attn: Bankruptcy,    Po Box 103126,    Roswell, GA 30076
15647438   +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2011 02:15:19     GEMB / HH Gregg,
             Attention:  Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
15647439   +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2011 02:15:19     GEMB / Old Navy,
             Attention:  Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
15647441   +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2011 02:15:19     Gemb/jcp,    Attention:  Bankruptcy,
             Po Box 103104,    Roswell, GA 30076-9104
15647442   +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2011 02:15:19     Gemb/walmart,    Po Box 981400,
             El Paso, TX 79998-1400
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15647414*     Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
15647420*    +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
15647421*    +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
15647419*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15647422*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15647426*    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
```

```
District/off: 0752-1          User: mjerdine              Page 2 of 3                  Date Rcvd: Nov 14, 2011
                              Form ID: pdf006             Total Noticed: 44


              ***** BYPASSED RECIPIENTS (continued) *****
15647429*      +Citifinancial Retail Services,   Citifinancial/Attn: Bankruptcy Dept,   1111 Northpoint Dr,
                 Coppell, TX 75019-3831
15647437*       GE Mongram Bank / JC Penney Dc,   Attn: Bankruptcy,    Po Box 103126,   Roswell, GA 30076
15647440*      +GEMB / Old Navy,    Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
15647443*      +Gemb/walmart,    Po Box 981400,    El Paso, TX 79998-1400
15647444*      +Gemb/walmart,    Po Box 981400,    El Paso, TX 79998-1400
15647457*      +Wfnnb/new York & Compa,    220 W Schrock Rd,    Westerville, OH 43081-2873
15647415     ##+Bankfirst,   6100 Old Village Place,    Sioux Falls, SD 57108-2105
                                                                                              TOTALS: 0, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2011**                          **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: mjerdine              Page 3 of 3            Date Rcvd: Nov 14, 2011
                              Form ID: pdf006             Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2011 at the address(es) listed below:

```
              Andrew J Feldman    on behalf of Debtor Kathryn Steen andrewjfeldman@hotmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 3
```